UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:22MJ469 (TOF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ANTHONY STEVENS | : | May 3, 2022 |

## GOVERNMENT'S MOTION FOR DETENTION

Pursuant to Title 18, United States Code, Section 3143(a) and Federal Rule of Criminal Procedure 32.1, the Government hereby requests that the defendant be ordered detained pending further proceedings. This case is eligible for detention because the defendant has been arrested for violating supervised release and the defendant cannot establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community if released under Title 18, United State Code, Section 3142(b) or (c).

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY

*/s/ Geoffrey M. Stone*

GEOFFREY M. STONE
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct25326
450 Main Street
Hartford, CT 06103
(860) 947-1101

CERTIFICATE OF SERVICE

      This is to certify that on May 3, 2022, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Geoffrey M. Stone*

      GEOFFREY M. STONE
      ASSISTANT UNITED STATES ATTORNEY