EFILE

# U.S. District Court
# District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:22−mj−00469−TOF−1

Case title: USA v. Stevens

Date Filed: 05/03/2022

Assigned to: Judge Thomas O. Farrish

**Defendant (1)**

| | |
|---|---|
| **Michael A. Stevens** | represented by **Charles F. Willson**<br>Federal Public Defender's Office − Htfd<br>10 Columbus Blvd.<br>6th Floor<br>Hartford, CT 06106−1976<br>860−493−6260<br>Fax: 860−493−6269<br>Email: Charles_Willson@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:471.F − 18:473.F and 371 | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by |

**Geoffrey M. Stone**
U.S. Attorney's Office − HTFD
450 Main Street
Room 328
Hartford, CT 06103
860−947−1101 x48
Fax: 860−240−3013
Email: geoffrey.stone@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2022 |  | Arrest (Rule 5) of Michael A. Stevens (Wood, R.) (Entered: 05/03/2022) |
| 05/03/2022 | 1 | MOTION for Detention by USA as to Michael A. Stevens. (Wood, R.) (Entered: 05/03/2022) |
| 05/03/2022 | 2 | Minute Entry for proceedings held before Judge Thomas O. Farrish: granting 1 Motion for Detention as to Michael A. Stevens (1); Initial Appearance in Rule 5 Proceedings as to Michael A. Stevens held on 5/3/2022, Appearance entered by Charles F. Willson for Michael A. Stevens on behalf of defendant.; Detention Hearing as to Michael A. Stevens held on 5/3/2022; Extradition Hearing as to Michael A. Stevens held on 5/3/2022; Motion Hearing as to Michael A. Stevens held on 5/3/2022 re 1 MOTION for Detention filed by USA. Time 56 minutes(Court Reporter Court Smart.) (Wood, R.) (Entered: 05/03/2022) |
| 05/03/2022 | 3 | ORDER as to Michael A. Stevens pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No.116−182, 134 Stat. 894 (Oct. 21, 2020).<br>Signed by Judge Thomas O. Farrish on 5/3/22. (Wood, R.) (Entered: 05/03/2022) |
| 05/03/2022 | 5 | USM Return of Service on Arrest Warrant executed as to Michael A. Stevens on 5/3/2022 (Wood, R.) (Entered: 05/03/2022) |
| 05/03/2022 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Michael A. Stevens. Defendant committed to Eastern District Of New York.<br>Signed by Judge Thomas O. Farrish on 5/3/22. (Wood, R.) (Entered: 05/03/2022) |
| 05/03/2022 | 7 | ORDER OF DETENTION as to Michael Anthony Stevens. When a person appears before the Court on a violation of probation or supervised release, the Court proceeds under Rule 32.1 of the Federal Rules of Criminal Procedure. Rule 32.1(a)(6) provides that the Court may release or detain such a person under the standards set forth in 18 USC 3143(a)(1), and that the "burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or the community rests with the" defendant. 18 USC 3143(a)(1) provides that the Court "shall order" that a defendant "be detained, unless the Court finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community[.]"<br><br>The Court conducted a hearing today at which the defendant appeared with counsel. The defendant and his counsel were given an opportunity to present evidence and arguments to the Court. For the reasons stated on the record, the Court found that the |

| | | |
|---|---|---|
| | | defendant has not met his burden of establishing, by clear and convincing evidence, that he will not flee or pose a danger to any other person or the community if he is released pending resolution of the alleged violation of the conditions of his supervised release. Accordingly, the Court orders the defendant detained.<br><br>The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. It is so ordered. Signed by Judge Thomas O. Farrish. (Wood, R.) (Entered: 05/03/2022) |
| 05/03/2022 | [8](#) | ELECTRONIC FILING ORDER FOR COUNSEL as to Michael A. Stevens – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER.<br>Signed by Judge Thomas O. Farrish on 5/3/22. (Wood, R.) (Entered: 05/03/2022) |